UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                Case No.   4:14CR0205 RWS/TIA

**COLEMAN CARPENTER,**

    **Defendant.**

**MOTION IN LIMINE TO EXCLUDE EVIDENCE OF ANY ALLEGED VIOLATIONS OF POLICY ESTABLISHED BY BUNGE OF NORTH AMERICA**

    **COMES NOW** the Defendant, Coleman Carpenter by and through his attorney of record David W. Camp and hereby moves *In Limine* to exclude any discussion of violation of BNA policy that may have been committed by the Defendant.   There has been nothing mentioned in the indictment reflecting Bunge of North America policy violations and such mention would waste time and confuse the jury.   The Defendant seeks a ruling to exclude such evidence at trial.

                                              Respectfully submitted,
                                              CAMP & CAMP, PLLC

                                              /s/ David W. Camp
                                              David W. Camp (BPR #013739TN)
                                              Attorney for Movant
                                              403 North Parkway
                                              Jackson, Tennessee   38305
                                              (731) 664-4499

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing document was forwarded by electronic means via the Court's electronic filing system to:

Mr. Thomas C. Albus
Office of U.S. Attorney
111 S. Tenth Street
20th Floor
St. Louis, MO 63102

Mr. Shaun Broeker
Mr. Steve Sherman
One US Bank Plaza
St. Louis, Missouri 63101

      s/David W. Camp
      DAVID W.   CAMP, Atty.
      5-15-15
      Date