UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                 Case No.   4:14CR0205 RWS/TIA

**COLEMAN CARPENTER,**

    Defendant.

## MOTION IN LIMINE TO EXCLUDE DISCUSSION OF CASH PAYMENTS DEPOSITED OR CASH PAYMENTS MADE ON ANY LOAN OBLIGATION

**COMES NOW** the Defendant, Coleman Carpenter by and through his attorney of record David W. Camp and hereby moves *In Limine* to exclude any discussion of Defendant having deposited cash payments into the defendant's joint checking account or payment of cash on any loan obligations. That attached hereto and incorporated herein is the summary of the cash transactions provided in discovery by the Government.

That there has been no documentation to support the origin of the cash payments and introduction of such evidence would be confusing and misleading to the jury. The Defendant seeks a ruling to exclude such evidence at trial.

                                            Respectfully submitted,
                                            CAMP & CAMP, PLLC
                                            <u>/s/ David W. Camp</u>
                                            David W. Camp (BPR #013739TN)
                                            Attorney for Movant
                                            403 North Parkway
                                            Jackson, Tennessee   38305
                                            (731) 664-4499

# CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and correct copy of the foregoing document was forwarded by electronic means via the Court's electronic filing system to:

Mr. Thomas C. Albus
Office of U.S. Attorney
111 S. Tenth Street
20th Floor
St. Louis, MO 63102

Mr. Shaun Broeker
Mr. Steve Sherman
One US Bank Plaza
St. Louis, Missouri 63101

    s/David W. Camp
    DAVID W.   CAMP, Atty.
    5-15-15
    Date