| DATE | TYPE | SOURCE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 1/11/2006 | DEPOSIT | CASH | FCNB ACCT #2006767 | $200.00 |
| 4/20/2007 | DEPOSIT | CASH | FCNB ACCT #2006767 | $500.00 |
| 5/22/2007 | DEPOSIT | CASH | REGIONS ACCT #37432 | $220.00 |
| 1/2/2008 | DEPOSIT | CASH | FCNB ACCT #2006767 | $900.00 |
| 7/22/2008 | DEPOSIT | CASH | FCNB ACCT #2006767 | $500.00 |
| 7/22/2008 | DEPOSIT | CASH | REGIONS ACCT #37432 | $500.00 |
| 8/15/2008 | DEPOSIT | CASH | FCNB ACCT #2006767 | $300.00 |
| 8/15/2008 | DEPOSIT | CASH | REGIONS ACCT #37432 | $600.00 |
| 9/2/2008 | DEPOSIT | CASH | FCNB ACCT #2006767 | $800.00 |
| 9/2/2008 | DEPOSIT | CASH | REGIONS ACCT #37432 | $600.00 |
| 9/15/2008 | DEPOSIT | CASH | FCNB ACCT #2006767 | $1,000.00 |
| 9/15/2008 | DEPOSIT | CASH | REGIONS ACCT #37432 | $1,000.00 |
| 9/26/2008 | DEPOSIT | CASH | FCNB ACCT #2006767 | $700.00 |
| 10/14/2008 | DEPOSIT | CASH | FCNB ACCT #2006767 | $200.00 |
| 12/11/2008 | DEPOSIT | CASH | REGIONS ACCT #37432 | $500.00 |
| 1/5/2009 | DEPOSIT | CASH | FCNB ACCT #2006767 | $500.00 |
| 1/22/2009 | DEPOSIT | CASH | FCNB ACCT #2006767 | $1,200.00 |
| 2/2/2009 | DEPOSIT | CASH | FCNB ACCT #2006767 | $800.00 |
| 4/8/2009 | DEPOSIT | CASH | REGIONS ACCT #37432 | $400.00 |
| 6/1/2009 | DEPOSIT | CASH | FCNB ACCT #2006767 | $500.00 |
| 7/6/2009 | DEPOSIT | CASH | FCNB ACCT #2006767 | $200.00 |
| 7/17/2009 | PAYMENT | CASH | FCNB LOAN #192225 | $1,000.00 |
| 8/21/2009 | PAYMENT | CASH | FCNB LOAN #192225 | $1,708.90 |
| 8/31/2009 | DEPOSIT | CASH | FCNB ACCT #2006767 | $100.00 |
| 8/31/2009 | DEPOSIT | CASH | REGIONS ACCT #37432 | $600.00 |
| 10/5/2009 | DEPOSIT | CASH | REGIONS ACCT #37432 | $800.00 |
| 10/14/2009 | DEPOSIT | CASH | REGIONS ACCT #37432 | $300.00 |
| 11/6/2009 | DEPOSIT | CASH | REGIONS ACCT #37432 | $500.00 |
| 12/11/2009 | DEPOSIT | CASH | REGIONS ACCT #37432 | $300.00 |
| 2/5/2010 | DEPOSIT | CASH | REGIONS ACCT #37432 | $200.00 |
| 3/5/2010 | DEPOSIT | CASH | REGIONS ACCT #37432 | $400.00 |
| 3/31/2010 | DEPOSIT | CASH | FCNB ACCT #2006767 | $150.00 |
| 4/7/2010 | DEPOSIT | CASH | REGIONS ACCT #37432 | $200.00 |
| 4/30/2010 | DEPOSIT | CASH | FCNB ACCT #2006767 | $300.00 |
| 5/14/2010 | DEPOSIT | CASH | REGIONS ACCT #37432 | $1,000.00 |
| 6/23/2010 | DEPOSIT | CASH | FCNB ACCT #2006767 | $200.00 |
| 8/10/2010 | DEPOSIT | CASH | REGIONS ACCT #37432 | $700.00 |
| 9/7/2010 | DEPOSIT | CASH | REGIONS ACCT #37432 | $710.00 |
| 9/8/2010 | DEPOSIT | CASH | FCNB ACCT #2006767 | $400.00 |
| 10/12/2010 | DEPOSIT | CASH | REGIONS ACCT #37432 | $400.00 |
| 10/27/2010 | DEPOSIT | CASH | REGIONS ACCT #37432 | $3,000.00 |
| 12/3/2010 | DEPOSIT | CASH | REGIONS ACCT #37432 | $300.00 |
| 12/7/2010 | DEPOSIT | CASH | REGIONS ACCT #37432 | $400.00 |
| 2/1/2011 | DEPOSIT | CASH | FCNB ACCT #2006767 | $2,200.00 |
| 2/14/2011 | DEPOSIT | CASH | REGIONS ACCT #37432 | $400.00 |
| 4/8/2011 | PAYMENT | CASH | FCNB LOAN #194354 | $1,800.00 |

| DATE | TYPE | SOURCE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 8/3/2011 | DEPOSIT | CASH | FCNB ACCT #2006767 | $100.00 |
| 8/3/2011 | DEPOSIT | CASH | REGIONS ACCT #37432 | $200.00 |
| 8/8/2011 | DEPOSIT | CASH | FCNB ACCT #2006767 | $900.00 |
| 9/1/2011 | DEPOSIT | CASH | FCNB ACCT #2006767 | $300.00 |
| 9/8/2011 | DEPOSIT | CASH | REGIONS ACCT #37432 | $300.00 |
| 10/4/2011 | DEPOSIT | CASH | REGIONS ACCT #37432 | $500.00 |
| 10/28/2011 | DEPOSIT | CASH | REGIONS ACCT #37432 | $500.00 |
| 11/8/2011 | DEPOSIT | CASH | REGIONS ACCT #37432 | $400.00 |
| 11/29/2011 | DEPOSIT | CASH | FCNB ACCT #2006767 | $300.00 |
| 1/5/2012 | DEPOSIT | CASH | REGIONS ACCT #37432 | $1,600.00 |
| 2/17/2012 | DEPOSIT | CASH | FCNB ACCT #2006767 | $300.00 |
| 4/2/2012 | DEPOSIT | CASH | FCNB ACCT #2006767 | $1,000.00 |
| 4/25/2012 | DEPOSIT | CASH | FCNB ACCT #2006767 | $700.00 |
| 7/3/2012 | DEPOSIT | CASH | FCNB ACCT #2006767 | $600.00 |
| 7/12/2012 | DEPOSIT | CASH | REGIONS ACCT #37432 | $300.00 |
| 7/25/2012 | DEPOSIT | CASH | REGIONS ACCT #37432 | $800.00 |
| 10/22/2012 | DEPOSIT | CASH | REGIONS ACCT #37432 | $600.00 |
| 12/14/2012 | DEPOSIT | CASH | FCNB ACCT #2006767 | $1,200.00 |
| 1/2/2013 | DEPOSIT | CASH | REGIONS ACCT #37432 | $2,400.00 |
| 1/23/2013 | DEPOSIT | CASH | REGIONS ACCT #37432 | $3,000.00 |
| 6/13/2013 | DEPOSIT | CASH | FCNB ACCT #2006767 | $500.00 |

$44,868.90   July 2008 to June 2013

| DATE | TYPE | SOURCE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 1/11/2006 | DEPOSIT | CASH | FCNB ACCT #2006767 | $200.00 |
| 4/20/2007 | DEPOSIT | CASH | FCNB ACCT #2006767 | $500.00 |
| 5/22/2007 | DEPOSIT | CASH | REGIONS ACCT #37432 | $220.00 |
| 1/2/2008 | DEPOSIT | CASH | FCNB ACCT #2006767 | $900.00 |
| 7/22/2008 | DEPOSIT | CASH | FCNB ACCT #2006767 | $500.00 |
| 7/22/2008 | DEPOSIT | CASH | REGIONS ACCT #37432 | $500.00 |
| 8/15/2008 | DEPOSIT | CASH | FCNB ACCT #2006767 | $300.00 |
| 8/15/2008 | DEPOSIT | CASH | REGIONS ACCT #37432 | $600.00 |
| 9/2/2008 | DEPOSIT | CASH | FCNB ACCT #2006767 | $800.00 |
| 9/2/2008 | DEPOSIT | CASH | REGIONS ACCT #37432 | $600.00 |
| 9/15/2008 | DEPOSIT | CASH | FCNB ACCT #2006767 | $1,000.00 |
| 9/15/2008 | DEPOSIT | CASH | REGIONS ACCT #37432 | $1,000.00 |
| 9/26/2008 | DEPOSIT | CASH | FCNB ACCT #2006767 | $700.00 |
| 10/14/2008 | DEPOSIT | CASH | FCNB ACCT #2006767 | $200.00 |
| 12/11/2008 | DEPOSIT | CASH | REGIONS ACCT #37432 | $500.00 |
| 1/5/2009 | DEPOSIT | CASH | FCNB ACCT #2006767 | $500.00 |
| 1/22/2009 | DEPOSIT | CASH | FCNB ACCT #2006767 | $1,200.00 |
| 2/2/2009 | DEPOSIT | CASH | FCNB ACCT #2006767 | $800.00 |
| 4/8/2009 | DEPOSIT | CASH | REGIONS ACCT #37432 | $400.00 |
| 6/1/2009 | DEPOSIT | CASH | FCNB ACCT #2006767 | $500.00 |
| 7/6/2009 | DEPOSIT | CASH | FCNB ACCT #2006767 | $200.00 |
| 7/17/2009 | PAYMENT | CASH | FCNB LOAN #192225 | $1,000.00 |
| 8/21/2009 | PAYMENT | CASH | FCNB LOAN #192225 | $1,708.90 |
| 8/31/2009 | DEPOSIT | CASH | FCNB ACCT #2006767 | $100.00 |
| 8/31/2009 | DEPOSIT | CASH | REGIONS ACCT #37432 | $600.00 |
| 10/5/2009 | DEPOSIT | CASH | REGIONS ACCT #37432 | $800.00 |
| 10/14/2009 | DEPOSIT | CASH | REGIONS ACCT #37432 | $300.00 |
| 11/6/2009 | DEPOSIT | CASH | REGIONS ACCT #37432 | $500.00 |
| 12/11/2009 | DEPOSIT | CASH | REGIONS ACCT #37432 | $300.00 |
| 2/5/2010 | DEPOSIT | CASH | REGIONS ACCT #37432 | $200.00 |
| 3/5/2010 | DEPOSIT | CASH | REGIONS ACCT #37432 | $400.00 |
| 3/31/2010 | DEPOSIT | CASH | FCNB ACCT #2006767 | $150.00 |
| 4/7/2010 | DEPOSIT | CASH | REGIONS ACCT #37432 | $200.00 |
| 4/30/2010 | DEPOSIT | CASH | FCNB ACCT #2006767 | $300.00 |
| 5/14/2010 | DEPOSIT | CASH | REGIONS ACCT #37432 | $1,000.00 |
| 6/23/2010 | DEPOSIT | CASH | FCNB ACCT #2006767 | $200.00 |
| 8/10/2010 | DEPOSIT | CASH | REGIONS ACCT #37432 | $700.00 |
| 9/7/2010 | DEPOSIT | CASH | REGIONS ACCT #37432 | $710.00 |
| 9/8/2010 | DEPOSIT | CASH | FCNB ACCT #2006767 | $400.00 |
| 10/12/2010 | DEPOSIT | CASH | REGIONS ACCT #37432 | $400.00 |
| 10/27/2010 | DEPOSIT | CASH | REGIONS ACCT #37432 | $3,000.00 |
| 12/3/2010 | DEPOSIT | CASH | REGIONS ACCT #37432 | $300.00 |
| 12/7/2010 | DEPOSIT | CASH | REGIONS ACCT #37432 | $400.00 |
| 2/1/2011 | DEPOSIT | CASH | FCNB ACCT #2006767 | $2,200.00 |
| 2/14/2011 | DEPOSIT | CASH | REGIONS ACCT #37432 | $400.00 |
| 4/8/2011 | PAYMENT | CASH | FCNB LOAN #194354 | $1,800.00 |

| DATE | TYPE | SOURCE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 8/3/2011 | DEPOSIT | CASH | FCNB ACCT #2006767 | $100.00 |
| 8/3/2011 | DEPOSIT | CASH | REGIONS ACCT #37432 | $200.00 |
| 8/8/2011 | DEPOSIT | CASH | FCNB ACCT #2006767 | $900.00 |
| 9/1/2011 | DEPOSIT | CASH | FCNB ACCT #2006767 | $300.00 |
| 9/8/2011 | DEPOSIT | CASH | REGIONS ACCT #37432 | $300.00 |
| 10/4/2011 | DEPOSIT | CASH | REGIONS ACCT #37432 | $500.00 |
| 10/28/2011 | DEPOSIT | CASH | REGIONS ACCT #37432 | $500.00 |
| 11/8/2011 | DEPOSIT | CASH | REGIONS ACCT #37432 | $400.00 |
| 11/29/2011 | DEPOSIT | CASH | FCNB ACCT #2006767 | $300.00 |
| 1/5/2012 | DEPOSIT | CASH | REGIONS ACCT #37432 | $1,600.00 |
| 2/17/2012 | DEPOSIT | CASH | FCNB ACCT #2006767 | $300.00 |
| 4/2/2012 | DEPOSIT | CASH | FCNB ACCT #2006767 | $1,000.00 |
| 4/25/2012 | DEPOSIT | CASH | FCNB ACCT #2006767 | $700.00 |
| 7/3/2012 | DEPOSIT | CASH | FCNB ACCT #2006767 | $600.00 |
| 7/12/2012 | DEPOSIT | CASH | REGIONS ACCT #37432 | $300.00 |
| 7/25/2012 | DEPOSIT | CASH | REGIONS ACCT #37432 | $800.00 |
| 10/22/2012 | DEPOSIT | CASH | REGIONS ACCT #37432 | $600.00 |
| 12/14/2012 | DEPOSIT | CASH | FCNB ACCT #2006767 | $1,200.00 |
| 1/2/2013 | DEPOSIT | CASH | REGIONS ACCT #37432 | $2,400.00 |
| 1/23/2013 | DEPOSIT | CASH | REGIONS ACCT #37432 | $3,000.00 |
| 6/13/2013 | DEPOSIT | CASH | FCNB ACCT #2006767 | $500.00 |

$44,868.90  July 2008 to June 2013